# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 17, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   23-2271,   <u>Cross River Bank v. 3 Bea's Assisted Living LLC</u>
              8:21-cv-03210-TJS

              David  Stewart
TO:    3 Bea's Assisted Living LLC
              Connie  Stewart

FILING CORRECTION DUE:  January 22, 2024

Please make the correction identified below and file a corrected document by the date indicated.

---

[ XX ] Incorrect event used. Please refile the joint appendix using the "JOINT APPENDIX" entry. Please refile only joint appendix using the correct entry. Once that is done, the joint appendix document will be removed from the brief entry.

Rachel Phillips, Deputy Clerk
804-916-2702